AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA R. Kulik)                    )                    USAO CW No. 25-191

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 25-MJ-1928 |
|  | ) |
|  | ) |
| HABIB BHATTI | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **See attached affidavit** in the county of **Berks** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(b) | Travel with intent to engage in illicit sexual conduct |
| 18 U.S.C. 2252(a)(4)(B), (b)(2) | Possession of child pornography |
| (See Attachment A) | |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Carmen Dvorak de Morales
*Complainant's signature*

Carmen Dvorak de Morales, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed by telephone.

Date: September 20, 2025

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2025.09.20 19:03:02 -04'00'
*Judge's signature*

City and state: Allentown, PA

HON. PAMELA A. CARLOS, United States Magistrate Judge
*Printed name and title*